UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO NINO ISIDOR, | No. 1:26-cv-01508-DJC-SCR |
| Petitioner, | |
| v. | |
| WARDEN, CALIFORNIA CITY CORRECTIONS CENTER, et al., | |
| Respondents. | |
| FELICIANO NINO-ISIDOR, | No. 2:26-cv-01047-DC-EFB |
| Petitioner, | |
| v. | ORDER RELATING CASES |
| TODD M. LYONS, et al., | |
| Respondents. | |

Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Both actions involve the common parties, are based on the same or a similar claim, and involve the same event. *See* Local Rule 123(a)(1), (2). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Local Rule 123 causes the actions to

1

be assigned to the same judge, it does not consolidate the actions. Under Local Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:26-cv-01047-DC-EFB is reassigned from the undersigned and Magistrate Judge Edmund F. Brennan to District Judge Daniel J. Calabretta and Magistrate Judge Sean C. Riordan. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:26-cv-01047-DJC-SCR.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

Dena Coggins
United States District Judge

2